**Exhibit A to the Complaint**

**Location:** Union City, CA  
**Total Works Infringed:** 37  
**IP Address:** 76.102.141.36  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A20FE2805A91E5CA1A80FB5417CC98743F2E946E<br>File Hash:<br>725EDDE1D1DC94B4A4F7F101CD7744A6026473539C38260B872927EF99BFE12D | 03-31-2022 20:29:59 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 2 | Info Hash: BCC1118765B5015E66375078B1FFC0CCC93767A9<br>File Hash:<br>278388144EF640ABDC6A2C211FBDC9212270D2E438AC4AB8B7963F0662EA4AFB | 03-22-2022 17:58:37 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 3 | Info Hash: 3B104566A2BCB3F46E29CC0E86D6767E0237B832<br>File Hash:<br>C5FCDD622F55A9AC113F5532F333AB784FD37E4E12C4304CCDE27E9C02E8B2E2 | 03-06-2022 15:27:15 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 4 | Info Hash: 8105FC847C99F1CC597D518F5DF457320A9CFF3A<br>File Hash:<br>BBDE0C5FF5084401AC67AE7B077D4B9A999D59E0E65C0C4A37043038FABA5D64 | 03-06-2022 15:26:32 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 5 | Info Hash: 8696CBEFBA695E7BFFE7E150752B613BEDD22114<br>File Hash:<br>884B2F88AA67231FC2FE5E7FEE7D753C67FC05F46B7454A7F5E35BBB8059119A | 03-06-2022 15:26:22 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 6 | Info Hash: FFB6EDFA66EEEF53EA113883593C28EC6BCE89A1<br>File Hash:<br>DA2409230A42FC45846820181027589052AE7C23274AA50393F3E49B9D372671 | 02-28-2022 20:53:57 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 7 | Info Hash: 89F958D507CD3D674F1E7D1779C02D717C70434C<br>File Hash:<br>B5D31B55B67A613807EBBE4CE720BB877617D202C94A27E457204CD09B918633 | 02-28-2022 20:51:45 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 8 | Info Hash: 2C34775555B78EC426E7B740C0BE468CB3E9A091<br>File Hash:<br>F4F0B1E8C52D10C3E68BC7760B608862C666D76C443ADCC2C6F17868036E9CC9 | 02-27-2022 04:33:07 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |
| 9 | Info Hash: 514B51629D4D5819251EECE898BB86FD2D18E4B9<br>File Hash:<br>EBA6F057C933B2CF5D729A7D0880D9D6D29CE45CF238BE1195471BBBE2C20814 | 02-02-2022 23:59:06 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 10 | Info Hash: 140061C0028B282D8266A038EB77D4413D820A90<br>File Hash:<br>4988013F5D2EC31128D17556A0CB9EA6292C47785619F0CDD6F2AAB6F10C82EB | 12-14-2021 03:53:00 | Blacked | 12-11-2021 | 03-04-2022 | PA0002345793 |
| 11 | Info Hash: B523EA8D40C500AED53DB96EA8252FC3D6FDC498<br>File Hash:<br>6EBC49A05BA898C0CB2E49F57DB5AC324E259928B68E203691B6279357F9206A | 12-08-2021 02:21:04 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 4DAE892CF0B4C01635FC0F6B23139D5D3D2E6344<br>File Hash: 55881C4CA8BBC5B0EEAF4A8F9BD1CB2265031D524AFBF724B9F0C085CD731A46 | 12-06-2021 06:21:01 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 13 | Info Hash: 73CE311E5AEB0354BC50FB04D1A22C0D64980D15<br>File Hash: D5EEED46AEDFA747FB3CB1E9240009E5D5C2E6C564650E0CC1B75FB3FA65A3AA | 12-05-2021 15:01:18 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 14 | Info Hash: A0EBF6F4F4E3B5759B00CDC64D2D1C581B5E43DF<br>File Hash: CD2C2253A5BEF57F7F4080E01BDA199EFB6B6BBCEE60A7EF52BF2E853FB8B55A | 12-04-2021 04:46:33 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 15 | Info Hash: 668668A9987233F4C1A99D930061560B67C83C62<br>File Hash: 2A1BCC34FCF880EF63105AE5087D106BE37940C7FA5C040FE51A4E822C4A33C0 | 11-17-2021 21:17:51 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 16 | Info Hash: 0F3369D56C12420526363EBE5C492385B9FDE5DE<br>File Hash: 2279D39687C78A02AD890FFC3B774535F38F009FC1B4BA4888B405D8B184D831 | 11-15-2021 15:39:20 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 17 | Info Hash: 96D8ACA6F87B8B1B7E79CC11876AA218635A3988<br>File Hash: E49D6BBB7B594D2604E99411B3059F00BE1D3A6211A22994F2D40D4E6253F0AA | 11-02-2021 09:20:32 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 18 | Info Hash: 0B43B512524D2A6E2494591C859D69ED0E247FD0<br>File Hash: 9099ACE5AE3B0BEEBA5AC3E120C487044A737801A25A9A00A07370B97F01154D | 10-25-2021 08:50:55 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 19 | Info Hash: 85318A09903EEA3B40ED2E55A0BA8FAD16D2A37F<br>File Hash: 7F4FC5FFEE5A7B2484FF127DA1C5493780C26361EB82057D3DA8E002640BD55E | 08-03-2021 04:31:08 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 20 | Info Hash: 45BCDC75E2CECFB4BBC03F677C607C73A6C325E2<br>File Hash: F22C52D07F8B0F82805000481A8950A7237000205D583D0FBA839F219F4BBC6D | 07-28-2021 15:49:52 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 21 | Info Hash: 6E928DF24605B494330F651D2CCE6417FD187F29<br>File Hash: A948DBE95C4AC97E0CEB94531CFBC097D092B2CBE57DF10E2632014B0AB593B0 | 07-19-2021 06:50:46 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 22 | Info Hash: DC1E6B6B859858F18C13DA01399171E5E91C197F<br>File Hash: D787A99B81D43374C14F4D77E90C79DAA308918684AEA6AAFF8034782DF0B8CD | 07-07-2021 14:47:16 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |
| 23 | Info Hash: 60F18AC1EA37D85F5F3C247B27BB5AE3E9D8B864<br>File Hash: EEA4DE3745C064D84C1EE9A20305439DFD94517DDAC0C5ED1C2A635809EDC6CA | 06-08-2021 08:43:22 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F34AB9E85F4EF103B304C2C77393DD2BBB17D924<br>File Hash: FE2A6C6AB341E0A11A8036E75B627CF227EFDB0C05730BFE452F0B8F5E7C16C8 | 05-05-2021 14:04:13 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 25 | Info Hash: 8B8BE3E0E259F9F0030D8911D32BEBB1042BDF82<br>File Hash: 0194742968B63AE6099B3395A0F2462BC4D69CBFF17CEAAF5218A3EF26DB2404 | 02-16-2021 10:26:31 | Blacked Raw | 04-07-2018 | 06-19-2018 | PA0002126641 |
| 26 | Info Hash: FE27534F0A43907D070795DDF984F707E0FEDCF1<br>File Hash: 2E2112D600A76F0B030C381DB306667268C759E220CEE041A5B523D6CB631DAA | 02-08-2021 15:42:39 | Blacked Raw | 06-06-2019 | 08-02-2019 | PA0002192288 |
| 27 | Info Hash: 2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash: EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 02-05-2021 15:35:02 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 28 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash: 70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 12-26-2020 23:19:21 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 29 | Info Hash: 8ABD3939154F2BA57FAE02F2CF3D36A4DC21BC91<br>File Hash: 89BE389A4BAD7806355C3D8777A928501E40E1F7E64172C08A577695F367A2A5 | 12-23-2020 08:37:07 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 30 | Info Hash: 10AD926BA54EE0DA3D00E96EBE377053FAB0E6AE<br>File Hash: 46F41B092A095715186272E856EAF705E3805D7F0FCCFD42E93DBCA01822E2DB | 12-23-2020 08:36:41 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 31 | Info Hash: 1DB362DCBDBFE0DA45397797C052ACDB1526FB42<br>File Hash: 60CB587DFFECA8818C81522C75AD5A7F64C3BAB32AFF7A0F3DFE604355A7BD11 | 12-08-2020 15:49:21 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 32 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash: B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 11-11-2020 16:32:37 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 33 | Info Hash: 1E5FE3376F06C4DD810492A25738B8765670BFC3<br>File Hash: 26006F643C518DFDB30CF06E442901D473E4DFA325AD3F212E605C834F80EAEC | 07-18-2020 00:25:51 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 34 | Info Hash: 4C7E3009F5BA27348DAE0316A372C24027D6971F<br>File Hash: 9101F5C1AE34BFAC8D5DE26F4FD029B9587DB492EEC7E0E40D380783B25C2382 | 07-05-2020 01:51:08 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |
| 35 | Info Hash: C9909D0CCD845C924F3574A3EE9BA8F4C76F165D<br>File Hash: 5CF0C6FF5870E105611E977DA2BCFA5FCA318453B7AB108AEC638AD4584ABF60 | 04-14-2020 06:52:45 | Blacked Raw | 04-13-2020 | 04-22-2020 | PA0002237695 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 6A894BF3E216F8344B43B3F4799B2A8986EAF94A<br>File Hash:<br>9D02C0BA9033BBD10B7BB3713FB983F35DCE843C71E4DCE4AF498318F002A56C | 07-14-2019 06:32:36 | Blacked Raw | 02-06-2019 | 03-24-2019 | PA0002183207 |
| 37 | Info Hash: 156E9CD40E90496BDB0EAEC3D0B34567DBD603DE<br>File Hash:<br>4A49CB21213268044A33070B1FB50D99C1025F2043E66C5F8040E27ABBEA4AFA | 07-14-2019 06:19:50 | Vixen | 07-13-2019 | 08-02-2019 | PA0002192302 |